IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MAXIMINO SANTIAGO, JULIANA VALENCIA, PAULINO CANDIDO, and MANUEL NIEVEZ, individuals, | Case No. 6:21-cv-01282-MC |
| Plaintiffs, | ORDER |
| v. | |
| FARM WEST LABOR CONTRACTING CO., an Oregon domestic business corporation, RAINBOW ORCHARDS VIII, LLC, an Oregon limited liability company, WILLAMETTE VALLEY AG SERVICES, LLC, an Oregon limited liability company, and SETTON PISTACHIO OF TERRA BELLA, INC., a foreign business corporation, | |
| Defendants. | |

MCSHANE, Judge:

Plaintiffs Maximino Santiago, Juliana Valencia, Paulino Candido, and Manuel Nievez (collectively, "Plaintiffs") bring this action against Farm West Labor Contracting Co., Rainbow Orchards VIII, LLC, and Willamette Valley Ag Services, LLC. 3d Am. Compl., ECF No. 134. Plaintiffs bring claims under the Migrant and Seasonal Worker Protection Act ("AWPA") and various state laws. *Id.* ¶¶ 1–4. Plaintiffs now seek attorney fees from Defendant Willamette Valley Ag Services. As set forth below, Plaintiffs' Motion for Attorney Fees from Willamette Valley Ag Services (ECF No. 195) is GRANTED.

1 – ORDER

## DISCUSSION

Having secured a Default Judgment against Defendant Willamette Valley Ag Services on claims under the Oregon Contractor Registration Act (ECF No. 193, 194), Plaintiffs are entitled to recover attorney fees. Or. Rev. Stat. § 658.453(4). Plaintiffs request $39,800.49 in attorney fees. ECF No. 195. Defendant Willamette Valley Ag Services has not appeared to challenge the accuracy or reasonableness of the fee request.

The Court has reviewed Plaintiffs' Motion for Attorney Fees and the supporting declaration and exhibits (ECF No. 196) and finds the requested fees to be reasonable under the circumstances of the case with the following adjustments. Plaintiffs may not recover fees incurred *following* entry of default as to Willamette Valley Ag Services on December 27, 2023 (ECF No. 69) that are not related to seeking default judgment against Willamette Valley Ag Services. The Court finds 19 hours included in Plaintiffs' request must be removed from Plaintiffs' fee award for this reason, in addition to Plaintiffs' voluntary deductions. The Court therefore excludes 0.1 hours in 2023 at a rate of $699, 14.1 hours in 2024 at a rate of $720, and 4.8 hours in 2025 at a rate of $742, for a total of $13,783.50. The Court also applies a 10% haircut to the remaining award. *Moreno v. City of Sacramento*, 534 F.3d 1106, 1116 (9th Cir. 2008). Accordingly, the Court GRANTS Plaintiffs' Motion for Attorney Fees (ECF No. 195) and awards Plaintiffs $23,415.29 in attorney fees recoverable from Willamette Valley Ag Services.

## CONCLUSION

For the reasons stated above, Plaintiffs' Motion for Attorney Fees (ECF No. 195) is GRANTED. Plaintiffs may recover $23,415.29 in attorney fees from Defendant Willamette Valley Ag Services.

2 – ORDER

DATED this 19th day of May 2026.

/s/ Michael McShane
Michael McShane
United States District Judge

3 – ORDER